IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of Ohio Laborers' Fringe Benefit Programs, | : | |
| | : | Civil Action 2:09-cv-00754 |
| Plaintiff | : | Judge Marbley |
| v. | : | Magistrate Judge Abel |
| Excel Contracting, Inc., | : | |
| Defendant | | |

# ORDER

Plaintiff has failed to file proof of service of the summons and complaint on defendant within 120 days after filing the complaint. On December 2, 2009, plaintiff was ordered to show cause within eleven why defendant should not be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civil. P. for failure to obtain service on it. Plaintiff has failed to respond to the show cause order. Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT dismissing defendant Excel Contracting, Inc. without prejudice and closing this case.

    s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court