# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Board of Trustees of Ohio Laborers' Fringe Benefit Programs, | : |
| Plaintiff | : Civil Action 2:09-cv-00754 |
| v. | : Judge Marbley |
| Excel Contracting, Inc., | : Magistrate Judge Abel |
| Defendant | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 5, 2010 Order, this case is DISMISSED for failure to obtain service on Defendant. Judgment is entered dismissing the Defendant Excel Contracting, Inc. without prejudice.

Date: **January 5, 2010**     **James Bonini, Clerk**

               s/Betty L. Clark
               Betty L. Clark/Deputy Clerk